Mark D. Hopson, Esq. (admitted pro hac vice)
Jonathan F. Cohn, Esq. (admitted pro hac vice)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Ph.: (202) 736-8000

Timothy I. Duffy, Esq.
Mark K. Silver, Esq.
COUGHLIN DUFFY LLP
350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962-1917
Ph.: (973) 267-0058
Fax: (973) 267-6442
*Attorneys for Defendant Bayer Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BAYER CORPORATION<br><br>　　　　　Defendant. | Case No. 2:07-cv-00001<br><br>**CERTIFICATION OF TIMOTHY I. DUFFY, ESQ. IN SUPPORT OF DEFENDANT'S BRIEF SHOWING CAUSE AS TO WHY IT SHOULD NOT BE HELD IN CIVIL CONTEMPT**<br><br>*Document Filed Electronically* |

　　　I, **TIMOTHY I. DUFFY**, hereby certify as follows:

　　　1.　　I am a partner in the law firm of Coughlin Duffy LLP and co-counsel along with the Sidley Austin LLP for Defendant Bayer Corporation.

2. Attached hereto as **Exhibit A** is a true and accurate copy of the September 14, 2014 deposition transcript of the government's expert, Dr. Loren Laine.

3. Attached hereto as **Exhibit B** is a true and accurate copy of the Declaration of Dr. M. Brian Fennerty and the appendices attached thereto. Dr. Fennerty is a gastroenterologist retained by Bayer to provide expert testimony in this matter.

4. Attached hereto as **Exhibit C** is a true and accurate copy of the Declaration of Dr. Daniel J. Merenstein and the appendices attached thereto. Dr Merenstein is a family medicine physician retained by Bayer to provide expert testimony in this matter.

5. Attached hereto as **Exhibit D** is a true and accurate copy of the Declaration of Professor Andrew K. Benson and the appendices attached thereto. Professor Benson is a microbiologist and geneticist retained by Bayer to provide expert testimony in this matter.

6. Attached hereto as **Exhibit E** is a true and accurate copy of the Declaration of Professor Jeffrey Blumberg and the appendices attached thereto. Professor Blumberg is a nutrition scientist retained by Bayer to provide expert testimony in this matter.

7. Attached hereto as **Exhibit F** is a true and accurate copy of District of Utah's decision in *Basic Research v. FTC*, No. 2:09-cv-0779 (D. Utah) (Nov. 25, 2014).

8. Attached hereto as **Exhibit G** is a true and accurate copy of the Government's Amended Response to Defendant's First Requests for Admission.

9. Attached hereto as **Exhibit H** is a true and accurate copy of the Government's Response to Defendant's First Request for Interrogatories.

10. Attached hereto as **Exhibit I** is a true and accurate copy of a hyperlinked Chart produced by the government on December 10, 2014.

I hereby certify the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                  **COUGHLIN DUFFY LLP**
                                                  *Attorneys for Defendant Bayer Corporation*

                                                  By:    /s/ Timothy I. Duffy
Dated:  December 23, 2014                              Timothy I. Duffy

*Of Counsel:*

Mark D. Hopson, Esq. (admitted pro hac vice)
Jonathan F. Cohn, Esq. (admitted pro hac vice)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 2005