**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION,<br><br>Defendant. | Civil Action No. 07-01(JLL)<br><br>**ORDER** |

**LINARES,** District Judge.

This matter comes before the Court on the Government's Order to Show Cause why Defendant should not be held in Contempt of this Court's Order of January 3, 2007, and a bench trial having been held by this Court, and for the reasons set forth in the accompanying Opinion filed this date, which has been filed under temporary seal,

**IT IS** on this 24th day of September, 2015,

**ORDERED** that the Government's motion to hold Defendant Bayer Corporation in contempt of Court is **DENIED**;

**ORDERED** that this Court's September 24, 2015 Opinion will be unsealed on Thursday, October 8, 2015 unless an appropriate motion to seal same (pursuant to Local Civil Rule 5.3(c)) is filed by either side or non-party Wakunaga of America Co., Ltd. on or before October 5, 2015.

**IT IS SO ORDERED.**

JOSE L. LINARES
U.S. DISTRICT JUDGE