350 Mount Kemble Avenue
P.O. Box 1917
Morristown, New Jersey 07962
phone: 973-267-0058
fax: 973-267-6442
www.coughlinduffy.com


**Coughlin Duffy** LLP

Wall Street Plaza
88 Pine Street, 28th Floor
New York, New York 10005
phone: 212-485-0105
fax: 212-480-3899

TIMOTHY I. DUFFY
DIRECT DIAL: (973) 631-6002
EMAIL: TDUFFY@COUGHLINDUFFY.COM

September 28, 2015

**_VIA ECF_**
The Honorable Jose L. Linares, U.S.D.J.
United States District Court
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07101-0419

    Re:    *United States v. Bayer Corporation*
             *Civil Action No. 2:07-cv-00001*

Dear Judge Linares:

    This firm represents defendant Bayer Corporation in the above captioned matter. Enclosed please find correspondence from co-counsel Jonathan F. Cohn, Esq. regarding a request to unseal the Court's September 24, 2015 Opinion (Dkt.196).

    Thank you for your kind attention hereto.

                                    Respectfully submitted,

                                    COUGHLIN DUFFY LLP

                                    */s/ Timothy I. Duffy*
                                    Timothy I. Duffy

Enclosure



| | | |
|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | HONG KONG | SAN FRANCISCO |
| 1501 K STREET, N.W. | BOSTON | HOUSTON | SHANGHAI |
| WASHINGTON, D.C. 20005 | BRUSSELS | LONDON | SINGAPORE |
| (202) 736 8000 | CHICAGO | LOS ANGELES | SYDNEY |
| (202) 736 8711 FAX | DALLAS | NEW YORK | TOKYO |
| | GENEVA | PALO ALTO | WASHINGTON, D.C. |

jfcohn@sidley.com
(202) 736 8110

FOUNDED 1866

September 28, 2015

VIA ECF

Honorable Jose L. Linares
United States District Judge
Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

    Re:    *U.S. v. Bayer Corp.*, No. 07-0001 (JLL) (JAD)

Dear Judge Linares:

    Bayer respectfully requests that the Court unseal the September 24, 2015 Court's Opinion, (Dkt. No. 196), at its earliest convenience. Counsel for Bayer has conferred with counsel for the Government and non-party Wakunaga of America Co., Ltd regarding this matter. Neither party objects to the immediate unsealing of the Court's opinion.

    Very truly yours,

    _____/s/_____

    Jonathan F. Cohn

JFC

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.